IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-00211-RJC-DCK

| | |
|---|---|
| USA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | |
| JOSHUA PERRY DUGGAN, ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

**THIS MATTER** is before the Court upon motion filed by counsel for the defendant for a second continuance of the trial based, in part, on concerns related to the COVID-19 pandemic. (Doc. No. 11).

In order to protect the defendant's interest in a speedy trial, the Court finds a statement of the defendant's own position on counsel's requested continuance would assist the determination under 18 U.S.C. § 3161(h)(7)(A).

**IT IS, THEREFORE, ORDERED** that counsel shall file a pleading after consulting with the defendant stating whether the defendant consents to the requested continuance. After such pleading is filed, the Court will determine the merits of the instant motion.

Signed: September 14, 2020

Robert J. Conrad, Jr.
United States District Judge